411 A.2d 218

**Dr. Lenwood WERT, Appellee,**

**v.**

**William J. JENNINGS, Chief County Detective, Chester County Detective's Office, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 24, 1980.

Decided Feb. 25, 1980.

Lee Ruslander, Asst. Dist. Atty., Robert J. Donatoni, Asst. District Atty., Chester County, for appellant.

Charles F. Mayer, Media, Delaware County, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN and FLAHERTY, JJ.

## OPINION

PER CURIAM:

Order affirmed. *Wert v. Jennings,* 249 Pa.Super. 467, 378 A.2d 390.